JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-07321-RGK (MANx) | Date | October 21, 2008 |
|---|---|---|---|
| Title | BLU MEDIA GROUP, LLC v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Re Dismissal (DE 48, 49)

On October 9, 2008, the Court ordered Plaintiff Blu Media Group, LLC ("Plaintiff") to show cause why this case should not be dismissed for lack of prosecution due to lack of adequate legal representation ("OSC"). Plaintiff's Response to the OSC was due on October 20, 2008.

As of October 21, 2008, Plaintiff has not filed a Response to the OSC.

The Court has repeatedly advised Plaintiff that, by law, it must be represented by counsel in this action. Plaintiff remains unrepresented by counsel in this action.

Thus, the Court hereby dismisses this action without prejudice.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | slw |